■ PATRICIA E. COLLINS, as Administratrix of the Estate of GEORGE F. COLLINS, Deceased, Appellant, v CITY OF NEW YORK, Respondent.—In a wrongful death action, plaintiff appeals from an order of the Supreme Court, Kings County, dated April 9, 1979, which granted defendant's motion to dismiss the complaint for failure to comply with section 50-e of the General Municipal Law. Order affirmed, with $50 costs and disbursements. Plaintiff failed to commence her action within the time limitations set forth in section 50-i of the General Municipal Law (see *Doyle v 800, Inc.,* 72 AD2d 761; *Mikulka v New York City Tr. Auth.,* 56 AD2d 595; cf. *Treib v County of Dutchess,* 56 AD2d 866, app dsmd 42 NY2d 824; *Forero v Town of Tuxedo,* 51 AD2d 443; *Erickson v Town of Henderson,* 30 AD2d 282; contra *Priebe v City of Canandaigua,* 91 Misc 2d 1047). Accordingly, we affirm the order appealed from. Rabin, J. P., Gulotta, O'Connor and Weinstein, JJ., concur.

■ ANTHONY DENTINE,Appellant, v CARL VALVO, Respondent.—In an action for a permanent injunction to enjoin defendant from continuing to use certain premises as a chiropractor's office, plaintiff appeals from a judgment of the Supreme Court, Westchester County, entered February 22, 1980, which, after a nonjury trial, dismissed the complaint. Judgment affirmed, with costs. Although Special Term did not so expressly find, our review of the record reveals that plaintiff has not proved that defendant's office is not "an accessory to" his residence, within the meaning of the zoning ordinance in question. Accordingly, the judgment should be affirmed. Damiani, J. P., Gibbons, Margett and Martuscello, JJ., concur.